### HIRSHMAN v. SHIDLOVSHY.

(Supreme Court, Appellate Term. April 16, 1900.)

APPEAL—EVIDENCE.
   A finding on a trial without a jury will be sustained where the only question involved is one of fact, and the justice could have found either way, on the evidence.

Appeal from municipal court, borough of Manhattan.

Action by Harry Hirshman against Morris Shidlovshy. Judgment for defendant, and plaintiff appeals. Affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

Carl L. Schurz, for appellant.

Kurzman & Frankenheimer (Nathan Ottinger, of counsel), for respondent.

PER CURIAM. The only question involved upon the appeal is one of fact. Upon the evidence, the justice could have found either way, and, having decided in favor of the defendant, we discover no reason for disturbing his conclusion.

Judgment affirmed, with costs.